```
                                                              FILED
                                                              12/7/22 12:42 pm
         IN THE UNITED STATES BANKRUPTCY COURT FOR            CLERK
              THE WESTERN DISTRICT OF PENNSYLVANIA            U.S. BANKRUPTCY
                                                              COURT - WDPA
```

IN RE:

| | | |
|---|---|---|
| David Livengood, | ) | |
| *Debtor* | ) | Case No. 22-22318 JAD |
| | ) | Chapter 7 |
| David Livengood, | ) | |
| *Movant* | ) | Document No. 10 |
| | ) | |
| No Respondents | ) | |

### ORDER OF COURT

AND NOW, to wit, this  12th  day of  December , 2022, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, David Livengood, is hereby granted an extension until December 27, 2022 to file a completed Chapter 7 petition.

FURTHER ORDERED:

_____ jsf
Honorable Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22318-JAD |
| David Livengood | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

**Recip ID        Recipient Name and Address**
db              + David Livengood, 5019 Glenwood Avenue, Pittsburgh, PA 15207-1642

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:

**Name**             **Email Address**

Brian Nicholas
                    on behalf of Creditor Towd Point Mortgage Trust 2020-3  U.S. Bank National Association, as Indenture Trustee
                    bnicholas@kmllawgroup.com

Jeffrey J. Sikirica
                    TrusteeSikirica@gmail.com  PA59@ecfcbis.com

Kenneth Steidl
                    on behalf of Debtor David Livengood julie.steidl@steidl-steinberg.com
                    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2      User: auto      Page 2 of 2
Date Rcvd: Dec 07, 2022      Form ID: pdf900      Total Noticed: 1
TOTAL: 5