**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| David Livengood, | ) | Case No. 22-22318 JAD |
|     Debtor(s) | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| David Livengood, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Discover Financial
Po Box 30939
Salt Lake City, UT 84130

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Internal Revenue Service***
PO Box 7346
Philadelphia, PA 19101-7346

Patenaude & Felix, A.P.C.
2400 Ansys Drive, Suite 402-B
Canonsburg, PA 15317

Target NB
Po Box 673
Minneapolis, MN 55440

Target Nb
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Upgrade
275 Battery Street
23rd Floor
San Francisco, CA 94111

Weltman Weinberg & Reis
James Peter Valecko, Esq.
436 7th Ave. Suite 2500
Pittsburgh, PA 15219-1842

Date: <u>December 27, 2022</u>                    <u>/s/ Kenneth Steidl</u>
                                                      Kenneth Steidl, Esquire
                                                      Attorney for the Debtor(s)

                                                      STEIDL & STEINBERG
                                                      Suite 2830 – Gulf Tower
                                                      707 Grant Street
                                                      Pittsburgh, PA  15219
                                                      (412) 391-8000
                                                      ken.steidl@steidl-steinberg.com
                                                      PA I.D. No.34965