| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | David Livengood<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–3072 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 7   11/22/22 |
| Case number: | 22–22318–JAD | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David Livengood | |
| 2. | **All other names used in the last 8 years** | aka David R. Livengood | |
| 3. | **Address** | 5019 Glenwood Avenue<br>Pittsburgh, PA 15207 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br>Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey J. Sikirica<br>Jeffrey J Sikirica, ESQ<br>PO Box 13426<br>Pittsburgh, PA 15243 | Contact phone 724–625–2566<br>Email: TrusteeSikirica@gmail.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 12/28/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 6, 2023 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 4/7/23**<br><br><br><br><br><br><br><br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 22-22318-JAD
David Livengood                                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                  Page 1 of 5
Date Rcvd: Dec 28, 2022                       Form ID: 309A                               Total Noticed: 83

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Livengood, 5019 Glenwood Avenue, Pittsburgh, PA 15207-1642 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| tr | + | Jeffrey J. Sikirica, Jeffrey J Sikirica, ESQ, PO Box 13426, Pittsburgh, PA 15243-0426 |
| 15548795 | + | Home Depot, c/p Citi Bank, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15557618 | + | Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 15557622 | | Weltman Weinberg & Reis, James Peter Valecko, Esq., 436 7th Ave. Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | Dec 28 2022 23:50:00 | Kenneth Steidl, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 |
| smg | | EDI: PENNDEPTREV | Dec 29 2022 04:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 29 2022 04:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2022 23:50:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Dec 28 2022 23:50:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: AISACG.COM | Dec 29 2022 04:44:00 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Dec 28 2022 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | Dec 29 2022 04:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 22-22318-JAD   Doc 18   Filed 12/30/22   Entered 12/31/22 00:24:28   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: 309A | Total Noticed: 83 |

| | | | | |
|---|---|---|---|---|
| 15548747 | + | Email/Text: bk@avant.com | Dec 28 2022 23:50:00 | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15548748 | + | Email/Text: bk@avant.com | Dec 28 2022 23:50:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15548749 | + | EDI: BANKAMER.COM | Dec 29 2022 04:44:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15548750 | + | EDI: BANKAMER.COM | Dec 29 2022 04:44:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15548759 | | Email/Text: bankruptcy@cavps.com | Dec 28 2022 23:50:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 15548762 | + | EDI: CRFRSTNA.COM | Dec 29 2022 04:44:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15548761 | + | EDI: CRFRSTNA.COM | Dec 29 2022 04:44:00 | CFNA/Credit First Natl Assoc, Pob 81315, Cleveland, OH 44181-0315 |
| 15548770 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Dec 28 2022 23:50:00 | CorTrust Bank, Attn: Bankruptcy, Po Box 7030, Mitchell, SD 57301 |
| 15548769 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Dec 28 2022 23:50:00 | CorTrust Bank, Po Box 7030, Mitchell, SD 57301 |
| 15548755 | + | EDI: CAPITALONE.COM | Dec 29 2022 04:44:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15548751 | + | EDI: CAPITALONE.COM | Dec 29 2022 04:44:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15548760 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2022 23:50:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15548763 | + | EDI: CITICORP.COM | Dec 29 2022 04:44:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15548764 | | EDI: CITICORP.COM | Dec 29 2022 04:44:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15548765 | + | EDI: CITICORP.COM | Dec 29 2022 04:44:00 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15548766 | + | EDI: CITICORP.COM | Dec 29 2022 04:44:00 | Citibank/Exxon Mobile, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15548768 | + | EDI: WFNNB.COM | Dec 29 2022 04:44:00 | Comenity Bank/Marathon, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15548767 | + | EDI: WFNNB.COM | Dec 29 2022 04:44:00 | Comenity Bank/Marathon, Po Box 182789, Columbus, OH 43218-2789 |
| 15548798 | + | EDI: CITICORP.COM | Dec 29 2022 04:44:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15548771 | + | EDI: DISCOVER.COM | Dec 29 2022 04:44:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15548772 | + | EDI: DISCOVER.COM | Dec 29 2022 04:44:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15548777 | | Email/Text: BNSFN@capitalsvcs.com | Dec 28 2022 23:50:00 | First National Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15548778 | | Email/Text: BNSFN@capitalsvcs.com | Dec 28 2022 23:50:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 15548785 | | Email/Text: BNSFS@capitalsvcs.com | Dec 28 2022 23:50:00 | First Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15548786 | | Email/Text: BNSFS@capitalsvcs.com | Dec 28 2022 23:50:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |

Case 22-22318-JAD   Doc 18   Filed 12/30/22   Entered 12/31/22 00:24:28   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: 309A | Total Noticed: 83 |

| Recipient ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 15548787 | Email/Text: BNBLAZE@capitalsvcs.com | Dec 28 2022 23:50:00 | First Savings Bank/Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 15548788 | Email/Text: BNBLAZE@capitalsvcs.com | Dec 28 2022 23:50:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 15548774 | + EDI: BLUESTEM | Dec 29 2022 04:44:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15548773 | + EDI: BLUESTEM | Dec 29 2022 04:44:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 15548776 | + EDI: BLUESTEM | Dec 29 2022 04:44:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15548775 | + EDI: BLUESTEM | Dec 29 2022 04:44:00 | Fingerhut Fetti/Webbank, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 15548779 | + EDI: AMINFOFP.COM | Dec 29 2022 04:44:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15548781 | + EDI: AMINFOFP.COM | Dec 29 2022 04:44:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15548784 | + Email/Text: FirstProgressCorrespondence@acttoday.com | Dec 28 2022 23:50:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 15548790 | + EDI: PHINGENESIS | Dec 29 2022 04:44:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15548789 | + EDI: PHINGENESIS | Dec 29 2022 04:44:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 15548793 | + EDI: PHINGENESIS | Dec 29 2022 04:44:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15548791 | + EDI: PHINGENESIS | Dec 29 2022 04:44:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15557617 | EDI: IRS.COM | Dec 29 2022 04:44:00 | Internal Revenue Service***, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15548796 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Levin Furniture, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15548797 | + EDI: CITICORP.COM | Dec 29 2022 04:44:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15548799 | + Email/Text: bankruptcy@marinerfinance.com | Dec 28 2022 23:50:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15548800 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 28 2022 23:49:37 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15548804 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 23:49:52 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15548801 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2022 00:00:06 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15548807 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 28 2022 23:50:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15548808 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15549137 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15548810 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15548809 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony Bank/Amazon, Po Box 965015, |

Case 22-22318-JAD    Doc 18    Filed 12/30/22    Entered 12/31/22 00:24:28    Desc Imaged
                                Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: 309A | Total Noticed: 83 |

| Recip ID | Bypass/Route | Delivery Time | Name and Address |
|---|---|---|---|
| | | | Orlando, FL 32896-5015 |
| 15548814 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15548811 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15548817 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15548820 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15548821 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15548823 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15548822 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15548819 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15548818 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony Bank/hhgregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15548824 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15548825 | + EDI: RMSC.COM | Dec 29 2022 04:44:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15548827 | + EDI: WTRRNBANK.COM | Dec 29 2022 04:44:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15548826 | + EDI: WTRRNBANK.COM | Dec 29 2022 04:44:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15548829 | + EDI: TCISOLUTIONS.COM | Dec 29 2022 04:44:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15548828 | + EDI: TCISOLUTIONS.COM | Dec 29 2022 04:44:00 | Total Visa/The Bank of Missouri, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 15557621 | Email/Text: bknotice@upgrade.com | Dec 28 2022 23:50:00 | Upgrade, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 15548831 | ^ MEBN | Dec 28 2022 23:43:46 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |
| 15548830 | ^ MEBN | Dec 28 2022 23:43:47 | Velocity Investments, Llc, 1800 Route 34 N, Wall, NJ 07719-9168 |
| 15548832 | EDI: RMSC.COM | Dec 29 2022 04:44:00 | Walmart, c/o Synchrony Bank, PO Box 965023, Orlando, FL 32896-5023 |

TOTAL: 78

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Towd Point Mortgage Trust 2020-3, U.S. Bank Nation |
| 15548756 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15548757 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15548758 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15548752 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

| | | | |
|---|---|---|---|
| 15548753 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 | |
| 15548754 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 | |
| 15557615 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 | |
| 15557616 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 | |
| 15548780 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 | |
| 15548782 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 | |
| 15548794 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 | |
| 15548792 | *+ | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 | |
| 15548805 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 | |
| 15548806 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 | |
| 15548802 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 | |
| 15548803 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 | |
| 15548815 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 | |
| 15548816 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 | |
| 15548812 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 | |
| 15548813 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 | |
| 15557619 | *+ | Target NB, Po Box 673, Minneapolis, MN 55440-0673 | |
| 15557620 | *+ | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 | |
| 15548783 | ##+ | First Progress, P.o. Box 84010, Columbus, GA 31908-4010 | |

TOTAL: 1 Undeliverable, 22 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2020-3  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Kenneth Steidl | on behalf of Debtor David Livengood julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5