**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David Livengood**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3072<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  22–22318–JAD

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Livengood
aka David R. Livengood

4/12/23                                                      **By the court:**  <u>Jeffery A. Deller</u>
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David Livengood  
    Debtor

Case No. 22-22318-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 5  
Date Rcvd: Apr 12, 2023     Form ID: 318     Total Noticed: 78

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Livengood, 5019 Glenwood Avenue, Pittsburgh, PA 15207-1642 |
| 15548795 | + | Home Depot, c/p Citi Bank, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15557618 | + | Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 13 2023 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2023 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 13 2023 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2023 23:24:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Apr 13 2023 03:23:00 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Apr 12 2023 23:24:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | Apr 13 2023 03:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15548747 | + | Email/Text: bk@avant.com | Apr 12 2023 23:25:00 | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15548748 | + | Email/Text: bk@avant.com | Apr 12 2023 23:25:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15548749 | + | EDI: BANKAMER.COM | Apr 13 2023 03:23:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15548750 | + | EDI: BANKAMER.COM | Apr 13 2023 03:23:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15548759 | | Email/Text: bankruptcy@cavps.com | | |

| District/off: 0315-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 318 | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 12 2023 23:24:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 15548762 | + | EDI: CRFRSTNA.COM | | |
| | | | Apr 13 2023 03:23:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15548761 | + | EDI: CRFRSTNA.COM | | |
| | | | Apr 13 2023 03:23:00 | CFNA/Credit First Natl Assoc, Pob 81315, Cleveland, OH 44181-0315 |
| 15548770 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | | |
| | | | Apr 12 2023 23:24:00 | CorTrust Bank, Attn: Bankruptcy, Po Box 7030, Mitchell, SD 57301 |
| 15548769 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | | |
| | | | Apr 12 2023 23:24:00 | CorTrust Bank, Po Box 7030, Mitchell, SD 57301 |
| 15548755 | + | EDI: CAPITALONE.COM | | |
| | | | Apr 13 2023 03:23:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15548751 | + | EDI: CAPITALONE.COM | | |
| | | | Apr 13 2023 03:23:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15548760 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Apr 12 2023 23:24:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15548763 | + | EDI: CITICORP.COM | | |
| | | | Apr 13 2023 03:23:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15548764 | | EDI: CITICORP.COM | | |
| | | | Apr 13 2023 03:23:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15548765 | + | EDI: CITICORP.COM | | |
| | | | Apr 13 2023 03:23:00 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15548766 | + | EDI: CITICORP.COM | | |
| | | | Apr 13 2023 03:23:00 | Citibank/Exxon Mobile, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15548768 | + | EDI: WFNNB.COM | | |
| | | | Apr 13 2023 03:23:00 | Comenity Bank/Marathon, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15548767 | + | EDI: WFNNB.COM | | |
| | | | Apr 13 2023 03:23:00 | Comenity Bank/Marathon, Po Box 182789, Columbus, OH 43218-2789 |
| 15548798 | + | EDI: CITICORP.COM | | |
| | | | Apr 13 2023 03:23:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15548771 | + | EDI: DISCOVER.COM | | |
| | | | Apr 13 2023 03:23:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15548772 | + | EDI: DISCOVER.COM | | |
| | | | Apr 13 2023 03:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15548777 | | Email/Text: BNSFN@capitalsvcs.com | | |
| | | | Apr 12 2023 23:24:00 | First National Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15548778 | | Email/Text: BNSFN@capitalsvcs.com | | |
| | | | Apr 12 2023 23:24:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 15548785 | | Email/Text: BNSFS@capitalsvcs.com | | |
| | | | Apr 12 2023 23:24:00 | First Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15548786 | | Email/Text: BNSFS@capitalsvcs.com | | |
| | | | Apr 12 2023 23:24:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 15548787 | | Email/Text: BNBLAZE@capitalsvcs.com | | |
| | | | Apr 12 2023 23:24:00 | First Savings Bank/Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 15548788 | | Email/Text: BNBLAZE@capitalsvcs.com | | |
| | | | Apr 12 2023 23:24:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 15548774 | + | EDI: BLUESTEM | | |
| | | | Apr 13 2023 03:23:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15548773 | + | EDI: BLUESTEM | | |
| | | | Apr 13 2023 03:23:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 15548776 | + | EDI: BLUESTEM | | |

Case 22-22318-JAD    Doc 24    Filed 04/14/23    Entered 04/15/23 00:23:58    Desc Imaged
Certificate of Notice    Page 5 of 7

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Apr 12, 2023 | Form ID: 318 | Total Noticed: 78 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15548775 | + | EDI: BLUESTEM | Apr 13 2023 03:23:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15548779 | + | EDI: AMINFOFP.COM | Apr 13 2023 03:23:00 | Fingerhut Fetti/Webbank, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 15548781 | + | EDI: AMINFOFP.COM | Apr 13 2023 03:23:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15548784 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Apr 13 2023 03:23:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15548790 | + | EDI: PHINGENESIS | Apr 12 2023 23:24:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 15548789 | + | EDI: PHINGENESIS | Apr 13 2023 03:23:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15548793 | + | EDI: PHINGENESIS | Apr 13 2023 03:23:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 15548791 | + | EDI: PHINGENESIS | Apr 13 2023 03:23:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15557617 | | EDI: IRS.COM | Apr 13 2023 03:23:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15548796 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Internal Revenue Service***, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15548797 | + | EDI: CITICORP.COM | Apr 13 2023 03:23:00 | Levin Furniture, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15548799 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 13 2023 03:23:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15548800 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 12 2023 23:24:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15548804 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2023 23:32:54 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15548801 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2023 23:33:03 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15548807 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 12 2023 23:32:59 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15548808 | + | EDI: RMSC.COM | Apr 12 2023 23:25:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15549137 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15548810 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15548809 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15548814 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15548811 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15548817 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15548820 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| | | | Apr 13 2023 03:23:00 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |

Case 22-22318-JAD   Doc 24   Filed 04/14/23   Entered 04/15/23 00:23:58   Desc Imaged
                         Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 318 | Total Noticed: 78 |

| Recip ID | | Notice Method | Notice Date | Name and Address |
|---|---|---|---|---|
| 15548821 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15548823 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15548822 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15548819 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15548818 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony Bank/hhgregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15548824 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15548825 | + | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15548827 | + | EDI: WTRRNBANK.COM | Apr 13 2023 03:23:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15548826 | + | EDI: WTRRNBANK.COM | Apr 13 2023 03:23:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15548829 | + | EDI: TCISOLUTIONS.COM | Apr 13 2023 03:23:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15548828 | + | EDI: TCISOLUTIONS.COM | Apr 13 2023 03:23:00 | Total Visa/The Bank of Missouri, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 15557621 | | Email/Text: bknotice@upgrade.com | Apr 12 2023 23:24:00 | Upgrade, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 15548831 | ^ | MEBN | Apr 12 2023 23:21:11 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |
| 15548830 | ^ | MEBN | Apr 12 2023 23:21:11 | Velocity Investments, Llc, 1800 Route 34 N, Wall, NJ 07719-9168 |
| 15548832 | | EDI: RMSC.COM | Apr 13 2023 03:23:00 | Walmart, c/o Synchrony Bank, PO Box 965023, Orlando, FL 32896-5023 |
| 15557622 | | Email/Text: pitbk@weltman.com | Apr 12 2023 23:24:00 | Weltman Weinberg & Reis, James Peter Valecko, Esq., 436 7th Ave. Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 77

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Towd Point Mortgage Trust 2020-3, U.S. Bank Nation |
| 15548756 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15548757 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15548758 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15548752 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15548753 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15548754 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15557615 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15557616 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15548780 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15548782 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15548794 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15548792 | *+ | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |

Case 22-22318-JAD    Doc 24    Filed 04/14/23    Entered 04/15/23 00:23:58    Desc Imaged
Certificate of Notice    Page 7 of 7

| District/off: 0315-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 318 | Total Noticed: 78 |

| 15548805 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15548806 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15548802 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15548803 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15548815 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15548816 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15548812 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15548813 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15557619 | *+ | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 15557620 | *+ | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15548783 | ##+ | First Progress, P.o. Box 84010, Columbus, GA 31908-4010 |

TOTAL: 1 Undeliverable, 22 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2020-3  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Kenneth Steidl | on behalf of Debtor David Livengood julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5